# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00229-CV

**Field G. Harrison, D.D.S., Appellant**

**v.**

**Texas State Board of Dental Examiners, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT
### NO. D-1-GN-17-003434, HONORABLE GISELA D. TRIANA, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Counsel for appellant Field G. Harrison, D.D.S. and counsel for appellee Texas State Board of Dental Examiners have filed an unopposed motion to abate this appeal, permitting them to pursue settlement negotiations.

We grant the parties' motion and abate the appeal until October 9, 2018. *See* Tex. R. App. P. 42.1(a)(2)(C). If a settlement has been finalized by that date, the parties are instructed to file a motion to reinstate and dismiss the appeal in accordance with their settlement agreement. If the parties have not finalized a settlement by that date, they are instructed to file a report informing this Court about the status of the appeal and requesting an extension of the abatement.

Before Chief Justice Rose, Justices Goodwin and Field

Abated

Filed: June 13, 2018